UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUHILA EUNICE CASSINI,

        Plaintiff,                            CASE NUMBER: 22-CV-10112

v.                                             HON. ROBERT H. CLELAND

CAMBIO COMMUNITIES SYLVAN LAKE,

        Defendant.

_____/

## ORDER OF DISMISSAL FOR FAILULRE TO PROSECUTE

Upon review of the pleadings as filed in this matter, and notice to counsel;

**IT IS HEREBY ORDERED** that the above-entitled matter be **DISMISSED** for failure to prosecute (initiating document filed without any form of payment or Application to Proceed in Form Pauperis) as provided in Local Court Rule 41.2 for the Eastern District of Michigan and F.R. Civ. P.41(b).

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated:  March 16, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 16, 2022, by electronic and/or ordinary mail.

                                                  s/Lisa Wagner
                                                 Case Manager and Deputy Clerk
                                                 (810) 292-6522